

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2022

No. 04-22-00273-CV

**IN THE INTEREST OF E.M.E AND E.D.E.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02152
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellant's brief was originally due June 13, 2022; however, the court granted appellant an extension until July 5, 2022 to file the brief. Appellant has filed a motion requesting an additional seven days to file the brief. We **grant** the motion and **order** Appellant to file the brief by **July 12, 2022**.

It is so **ORDERED** on July 11, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT